# BAYARD

600 N. King Street • Suite 400  
P.O. Box 25130 • Wilmington, DE 19899  
Zip Code For Deliveries 19801

Writer's Direct Access:  
(302) 429-4238  
rgolden@bayardlaw.com

June 2, 2022

[PUBLIC VERSION]  
VIA CM/ECF  
▬▬▬▬▬▬▬▬▬▬  
The Honorable Richard G. Andrews  
United States District Court for the District of Delaware  
844 North King Street  
Wilmington, Delaware 19801

      Re:   *Frome Wye Limited v. Hosie Rice, et al.*, 22-MC-249-UNA

Dear Judge Andrews:

      Plaintiff Frome Wye Limited submits this letter seeking reconsideration of the Court's oral order (D.I. 7), and respectfully asks this Court to seal the Petition (D.I. 2) to avoid irreparable injury to the business and goodwill of the parties thereto.[1]

      Plaintiff filed this suit pursuant to 9 U.S.C. § 9 to confirm the Award it received along with a Motion to Seal. (D.I. 1.) In the Motion to Seal, Plaintiff stated that "[t]he Petition, the Final Award, the [Agreement], and the details concerning the underlying arbitration proceeding" require "Plaintiff to keep the details thereto confidential pursuant to ▬▬▬▬▬ of the [Agreement], which is attached to Plaintiff's Complaint as Exhibit 1." (D.I. 1 at 2.) Pursuant to Section ▬▬ of the Agreement, the parties acknowledged that ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ (D.I. 2, Ex. 1 ▬▬▬▬▬) The purpose of these provisions in the privately contracted agreement is to protect the goodwill, *inter alia*, and business interests of the parties thereto.

      Plaintiff acknowledges that judicial records are subject to an exacting standard, and filed under seal because the standard allows parties to avoid a clearly defined and serious injury to their goodwill and business interests. *See, e.g.*, *In re Avandia Mrktg., Sales Practices & Prods. Liab. Litig.*, 924 F.3d 662, 672, (3d Cir. 2019). Here, disclosure of the Agreement and any information related to the ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ could cause irreparable harm to the parties if disclosed to the public. (*See, e.g.*, *id.*) As a result, Plaintiff respectfully asks this Court to reconsider its order to prevent manifest injustice to the parties to the instant suit. In the alternative, Plaintiff asks this Court to strike the Petition (D.I. 2) from the public docket, and grant both Plaintiff

---

[1] Reconsideration may be granted if the movant can show an intervening change in controlling law, new evidence not available when the court made its decision, or a need to correct a clear error of law or fact to prevent manifest injustice. *Max's Seafood Café ex rel. Lou-Ann, Inc. v. Quinteros*, 176 F.3d 669, 678 (3d Cir. 1999).



The Honorable Richard G. Andrews
June 2, 2022
Page 2

and Defendant an opportunity to submit one or more Declarations attesting to the necessity that the Petition (D.I. 2) be sealed.

Respectfully submitted,

*/s/ Ronald P. Golden III*

Ronald P. Golden III (#6254)

cc: All counsel of record