# BAYARD

600 N. King Street • Suite 400  
P.O. Box 25130 • Wilmington, DE 19899  
Zip Code For Deliveries 19801

Writer's Direct Access:  
(302) 429-4238  
rgolden@bayardlaw.com

June 16, 2022

VIA CM/ECF  
The Honorable Colm F. Connolly  
United States District Court for the District of Delaware  
844 North King Street  
Wilmington, Delaware 19801

      Re:    *Frome Wye Limited v. Hosie Rice, et al.*, 22-MC-249-CFC

Dear Chief Judge Connolly:

    Plaintiff Frome Wye Limited ("Plaintiff") respectfully submits this letter seeking expedited review of its June 9, 2022 Motion for Reconsideration (D.I. 12) of the Court's June 2, 2022 Oral Order (D.I. 7) granting in part and denying in part Plaintiff's Motion to Seal Petition (D.I. 1). Plaintiff is mindful of this Court's busy docket and schedule and does not wish to burden the Court with unnecessary filings and requests for relief. This request for expedited review is necessitated by the fact that the issues raised in the Motion for Reconsideration (D.I. 12) concern potential irreparable injury to the parties to this suit.

    Should Your Honor have any comments, questions, or otherwise for Plaintiff, please do not hesitate to contact the undersigned. Thank you.

                            Respectfully submitted,

                            */s/ Ronald P. Golden III*

                            Ronald P. Golden III (#6254)