IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FROME WYE LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>HOSIE RICE LLP, SPENCER HOSIE, AND DIANE RICE,<br><br>Defendants. | No. 22-MC-249-CFC |

**STATEMENT REGARGING THIRD-PARTY LITIGATION FUNDING**

Pursuant to the Standing Order Regarding Third-Party Litigation Funding Arrangements, Plaintiff Frome Wye Limited ("Plaintiff") states that it has not made arrangements to receive from a person or entity that is not a party funding for some or all of its attorney fees and/or expenses to litigate this action on a non-recourse basis in exchange for (1) a financial interest that is contingent upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal loan, bank loan, or insurance.

2

Dated: August 25, 2022                    BAYARD, P.A.

                                                                                              */s/ Ronald P. Golden III*
                                                                                              Peter B. Ladig (#3513)
                                                                                              Ronald P. Golden III (#6254)
                                                                                             600 N. King Street, Suite 400
                                                                                             Wilmington, Delaware 19801
                                                                                             (302) 655-5000
                                                                                             pladig@bayardlaw.com
                                                                                             rgolden@bayardlaw.com

                                                                                             *Attorneys for Plaintiff*