# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FROME WYE LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>HOSIE RICE LLP, SPENCER HOSIE, AND DIANE RICE,<br><br>    Defendants. | No. 22-MC-249-CFC |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Standing Order, counsel for Plaintiff Frome Wye Limited ("Plaintiff") states as follows: Plaintiff's parent company is Woodsford Group Limited. No public corporation owns 10% or more of Plaintiff's stock.

Dated: August 25, 2022						BAYARD, P.A.

											*/s/ Ronald P. Golden III*
											Peter B. Ladig (#3513)
											Ronald P. Golden III (#6254)
											600 N. King Street, Suite 400
											Wilmington, Delaware 19801
											(302) 655-5000
											pladig@bayardlaw.com
											rgolden@bayardlaw.com

											*Attorneys for Plaintiff*