# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

FROME WYE LIMITED,

        Plaintiff,

  v.

HOSIE RICE LLP, SPENCER HOSIE, AND DIANE RICE,

        Defendants.

No. 22-MC-249-CFC

## DECLARATION OF ROBIN M. DAVIS

1. I, Robin M. Davis, Esq., declare as follows:

2. I am the Chief Investment Officer for US Woodsford Group Ltd., the parent company of Plaintiff Frome Wye Limited.

3. I am currently in good standing and licensed to practice law in the state of New York and commonwealth of Pennsylvania.

4. I make this Declaration in Support of Plaintiff Frome Wye Limited's Motion for Confirmation Arbitration Award and also Plaintiff Frome Wye Limited's Opposition to Defendants' Motion to Vacate Arbitration Award. The facts set forth herein are true to my knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

1

5. Attached as **Exhibit 1** is a true and correct copy of an email dated July 29, 2019 from Mr. Hosie to Mr. Krug. This exhibit was also attached as exhibit 10 to the Declaration of Zachary D. Krug In Support of Woodsford's Brief in Opposition to Claimants' Motion for Preliminary Injunction, *Hosie Rice LLP et al v. Frome Wye Ltd*, JAMS Ref. No. 1100109661 (Sept. 28, 2020) (the "**Krug Declaration**").

6. Attached as **Exhibit 2** is a true and correct copy of email correspondence spanning July 29, 2019 through August 7, 2019 between Mr. Hosie and Mr. Krug. This exhibit was also attached as exhibit 11 to the Krug Declaration.

7. Attached as **Exhibit 3** is a true and correct copy of email correspondence spanning August 12, 2019 through August 13, 2019, between Mr. Hosie and Mr. Krug. This exhibit was also attached as exhibit 12 to the Krug Declaration.

8. Attached as **Exhibit 4** is a true and correct copy of email correspondence spanning October 21, 2019 through November 7, 2019, between Mr. Hosie and Mr. Krug. This exhibit was also attached as exhibit 13 to the Krug Declaration.

9. Attached as **Exhibit 5** is a true and correct copy of email correspondence spanning December 11, 2019 and January 27, 2020, between Mr.

Hosie and Mr. Krug. This exhibit was also attached as exhibit 14 to the Krug Declaration.

10. Attached as **Exhibit 6** is a true and correct copy of a March 31, 2020 letter from Frome Wye Limited to Hosie Rice. This exhibit was also attached as exhibit 15 to the Krug Declaration.

11. Attached as **Exhibit 7** is a true and correct copy of an April 27, 2020 letter from Frome Wye Limited to Hosie Rice. This exhibit was also attached as exhibit 16 to the Krug Declaration.

12. Attached as **Exhibit 8** is a true and correct copy of email correspondence spanning June 9, 2020 and June 10, 2020 between A. Lempiner and Z. Krug at Woodsford and S. Hosie and D. Rice at Hosie Rice. This exhibit was also attached as exhibit 17 to the Krug Declaration.

13. Attached as **Exhibit 9**, is a true and correct copy of an email dated June 12, 2020, from Mr. Hosie to Mr. This exhibit was also attached as exhibit 18 to the Krug Declaration.

14. Attached as **Exhibit 10** is a true and correct copy a July 1, 2020 letter from Hosie Rice to Woodsford. This exhibit was also attached as exhibit 21 to the Krug Declaration.

15. Attached as **Exhibit 11** is a true and correct copy of a June 23, 2020 termination letter from Woodsford to Hosie Rice. This exhibit was also attached as exhibit 20 to the Krug Declaration.

16. Attached as **Exhibit 12** is a true and correct copy of the Prehearing Order No. 2 dated January 16, 2021 in *Hosie Rice LLP et al v. Frome Wye Ltd*, JAMS Ref. No. 1100109661.

17. Attached as **Exhibit 13** is a true and correct copy of the Prehearing Order No. 3 dated February 16, 2021 in *Hosie Rice LLP et al v. Frome Wye Ltd*, JAMS Ref. No. 1100109661.

18. Attached as **Exhibit 14** is a true and correct copy of the Prehearing Order No. 5 dated May 5, 2021 in *Hosie Rice LLP et al v. Frome Wye Ltd*, JAMS Ref. No. 1100109661.

19. Attached as **Exhibit 15** is a true and correct copy of the Prehearing Order No. 6 dated July 16, 2021 in *Hosie Rice LLP et al v. Frome Wye Ltd*, JAMS Ref. No. 1100109661.

20. Attached as **Exhibit 16** is a true and correct copy of the Prehearing Order No. 7 dated July 23, 2021 in *Hosie Rice LLP et al v. Frome Wye Ltd*, JAMS Ref. No. 1100109661.

21. Attached as **Exhibit 17** is a true and correct copy of the Prehearing Order No. 8 dated January 6, 2022 in *Hosie Rice LLP et al v. Frome Wye Ltd*, JAMS Ref. No. 1100109661.

22. Attached as **Exhibit 18** is a true and correct copy of a letter dated July 21, 2021, from Frome Wye Limited to the JAMS Panel in *Hosie Rice LLP et al v. Frome Wye Ltd*, JAMS Ref. No. 1100109661.

23. Attached as **Exhibit 19** is a true and correct copy of Claimants' Damages Brief Re: Pre-Hearing Order No. 8, *Hosie Rice LLP et al v. Frome Wye Ltd*, JAMS Ref. No. 1100109661 (January 18, 2022).

24. Attached as **Exhibit 20** is a true and correct copy of Frome Wye Limited's Brief Regarding Damages Pursuant to Prehearing Order No. 8, *Hosie Rice LLP et al v. Frome Wye Ltd*, JAMS Ref. No. 1100109661 (Feb. 15, 2022).

25. Attached as **Exhibit 21** is a true and correct copy of the JAMS Comprehensive Arbitration Rules & Procedures (effective June 1, 2021).

26. Attached as **Exhibit 22** is a true and correct copy of Kenneth M. Kramer's JAMS biography, downloaded on September 12, 2022.

27. Attached as **Exhibit 23** is a true and correct copy of Hon. Shirley Werner Kornreich's JAMS biography, downloaded on September 12, 2022.

28. Attached as **Exhibit 24** is a true and correct copy of Gregory P. Miller's JAMS biography, downloaded on September 12, 2022.

29. Attached as **Exhibit 25** is a true and correct copy of a letter dated January 7, 2021 from Frome Wye Limited to the JAMS Panel in *Hosie Rice LLP et al v. Frome Wye Ltd*, JAMS Ref. No. 1100109661.

30. Attached as **Exhibit 26** is a true and correct copy of Frome Wye Limited's Opposition to Claimants' Motion for Leave to File Amended Complaint and Related Defenses to Counter-Claimants' Counterclaims, *Hosie Rice LLP et al v. Frome Wye Ltd*, JAMS Ref. No. 1100109661 (Aug. 20, 2021).

31. Attached as **Exhibit 27** is a true and correct copy of the Notice of Federal Tax Lien, which indicates the tax default related to the 2017 tax year. This exhibit was also attached as exhibit 6 to the Krug Declaration.

32. Attached as **Exhibit 28** is a true and correct copy of Frome Wye's Amended Response to Demand for Arbitration and Frome Wye's Counterclaims, *Hosie Rice LLP et al v. Frome Wye Ltd*, JAMS Ref. No. 1100109661 (December 22, 2020).

33. Attached as **Exhibit 29** is a true and correct copy of Woodsford's Brief in Opposition to Claimant's Motion for Preliminary Injunction, *Hosie Rice LLP et al v. Frome Wye Ltd*, JAMS Ref. No. 1100109661 (Sept. 28, 2020).

34. Attached as **Exhibit 30** is a true and correct copy of a letter dated July 21, 2021 from Hosie Rice to the JAMS Panel in *Hosie Rice LLP et al v. Frome Wye Ltd*, JAMS Ref. No. 1100109661.

35. Attached as **Exhibit 31** is a true and correct copy of the Notice of Default Foreclosure dated August 18, 2020.

36. Attached as **Exhibit 32** is a true and correct copy of the Affidavit of Notice of Mailing Notice of Default Foreclosure dated August 24, 2020.

37. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 13, 2022

*/s/ Robin M. Davis*
Robin M. Davis, Esq.