

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

Jonathan A. Choa
Partner
Attorney at Law
jchoa@potteranderson.com
302 984-6189 Direct Phone

October 24, 2022

**BY CM/ECF**

The Honorable Sherry R. Fallon
U.S. District Court for the District of Delaware
U.S. Courthouse
844 North King Street
Wilmington, DE 19801

        Re:    *Frome Wye Limited v. Hosie Rice LLP, et al.* (22-mc-00249-CFC-SRF)

Dear Judge Fallon:

        I write on behalf of Hosie Rice LLP, Spencer Hosie, and Diane Rice (collectively "Hosie Rice"), parties and co-counsel in the above captioned action.  The Court has scheduled oral argument on the pending Motion to Vacate Arbitration Award (D.I. 23) and Motion to Confirm Arbitration Award (D.I. 29) for November 29, 2022 at 10:00 AM.  Due to prior trial commitments in California, Hosie Rice is not available on November 29, 2022.  They, therefore, respectfully request that the Court reschedule the hearing.  All parties are available on December 13, 14, 15, and 16, 2022 if convenient for the Court.

        Respectfully submitted,

        */s/ Jonathan A. Choa*

        Jonathan A. Choa (#5319)

cc:  Counsel of Record – by CM/ECF and E-mail