## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FROME WYE LIMITED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 22-mc-00249-CFC-SRF |
| HOSIE RICE LLP, SPENCER HOSIE, AND DIANE RICE, | ) ) ) ) |
| Defendants. | ) |

## CERTIFICATION PURSUANT TO STANDING ORDER FOR OBJECTIONS FILED UNDER FED. R. CIV. P. 72

Pursuant to the District of Delaware Standing Order for Objections Filed Under Fed. R. Civ. P. 72, Respondents Hosie Rice LLP ("Firm"), Spencer Hosie ("Hosie") and Diane Rice ("Rice") hereby certify that their December 30, 2022 Objections to Magistrate Judge Fallon's December 16, 2022 Report and Recommendation [D.I. 43] do not raise new legal or factual arguments that were not raised in Motion to Vacate & Reply [D.I. 23, 24, 25, 33, and 35], Opposition to Frome Wye Limited d/b/a Woodsford, Inc.'s ["Petitioner"] Motion to Confirm Arbitration Award [D.I. 36 and 37], or during the December 14, 2022 hearing thereon.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Spencer Hosie<br>Diane Rice<br>Hosie Rice LLP<br>505 Sansome Street<br>Suite 1575<br>San Francisco, CA 94111 | By: */s/ Jonathan A. Choa*<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, Delaware 19899-0951<br>(302) 984-6000<br>jchoa@potteranderson.com |
| Dated: December 30, 2022 | *Attorneys for Defendants* |