IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FROME WYE LIMITED, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Misc. No. 22-249-CFC-SRF |
| | ) |
| HOSIE RICE LLP, et al., | ) |
| | ) |
| Respondents. | ) |
| | ) |

## ORDER

Pending before me are Respondents' objections (D.I. 44) to the Magistrate Judge's Report and Recommendation (D.I. 43). The Magistrate Judge recommended in her Report and Recommendation that I grant Petitioner's Motion to Confirm Arbitration Award (D.I. 29) and deny Respondents' Motion to Vacate Arbitration Award (D.I. 23). I have reviewed the Report and Recommendation, the objections, the response to the objections, and the briefing the parties submitted to the Magistrate Judge in connection with the motion.

The Magistrate Judge had the authority to make her findings and recommendation under 28 U.S.C. § 636(b)(1)(B). I review her findings and recommendations de novo. § 636(b)(1); see also Fed. R. Civ. P. 72(b)(3); *Brown v. Astrue*, 649 F.3d 193, 195 (3d Cir. 2011).

I agree with the Magistrate Judge's analysis and conclusions and will

therefore adopt the Report and Recommendation and overrule the objections. Respondents' two objection are without merit. Respondents' "usury objection" misstates the Report and Recommendation's findings and asks this Court to set aside the arbitration panel's interpretation of the LFFA contract. As the Magistrate Judge held, "this [C]ourt cannot relitigate the Panel's determination that the individual Respondents are 'guarantors' regardless of whether the Panel reached the correct decision." D.I. 43 at 12. Respondents' "Due Process" objection similarly fails, as the Panel's interpretation of the LFFA contract—which Respondents admitted they cannot relitigate—renders the objection moot.

NOW THEREFORE, on this 18th day of September in 2023, IT IS HEREBY ORDERED that:

1. Respondents' Objections to the Magistrate Judge's Report and Recommendation (D.I. 44) are OVERRULED;

2. The Report and Recommendation (D.I. 43) is ADOPTED;

3. Petitioner's Motion to Confirm Arbitration Award (D.I. 29) is GRANTED; and

4. Respondents' Motion to Vacate Arbitration Award (D.I. 23) is DENIED; and

5. Petitioner shall file no later than September 25, 2023 a proposed judgment for the Court's signature.

                                              _____
                                                        CHIEF JUDGE