

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

Jonathan A. Choa
Partner
Attorney at Law
jchoa@potteranderson.com
302 984-6189 Direct Phone

October 3, 2023

**BY CM/ECF**

The Honorable Colm F. Connolly
U.S. District Court for the District of Delaware
U.S. Courthouse
844 North King Street
Wilmington, DE 19801

      Re:    <u>*Frome Wye Limited v. Hosie Rice LLP, et al.* (22-mc-00249-CFC-SRF)</u>

Dear Chief Judge Connolly:

    I write on behalf of Hosie Rice LLP, Spencer Hosie, and Diane Rice (collectively "Hosie Rice"), parties and co-counsel in the above captioned action. Yesterday, Plaintiff Frome Wye Limited filed a Request for Proposed Judgment (D.I. 50), accompanied by a declaration and Excel spreadsheet (D.I. 51). Hosie Rice respectfully requests 14 days, until October 16, 2023 to review the Plaintiff's submission and file a response.

                                                         Respectfully submitted,

                                                         */s/ Jonathan A. Choa*

                                                         Jonathan A. Choa (#5319)

cc: Counsel of Record – by CM/ECF and E-mail