IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FROME WYE LIMITED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOSIE RICE LLP, SPENCER HOSIE, AND DIANE RICE,<br><br>　　　　Defendants. | No. 22-MC-249-CFC-SRF |

## [~~PROPOSED~~] AMENDED FINAL JUDGMENT

At Wilmington, this 19\_\_th day of March, 2024, for the reasons set forth the United States Magistrate Judge's Report and Recommendation (D.I. 43); and Court's Order Adopting the United States Magistrate Judge's Report and Recommendation (D.I. 47);

IT IS HEREBY ORDERED THAT:

1. The arbitration award is CONFIRMED;

2. Final judgment is entered in favor of Petitioner Frome Wye Limited and against Respondents Hosie Rice, LLP, Spencer Hosie, and Diane Rice as follows;

　　A. Contractual damages in the amount of $1,817,000 (one million, eight hundred and seventeen thousand dollars);

1

B. Accrued pre-judgment interest from June 1, 2022 through October 3, 2023 in the amount of $1,241,531 (one million two hundred and forty one thousand and five hundred and thirty one dollars), combined with additional prejudgment interest for each day that passes before judgment is entered, calculated per the interest calculations in Exhibit 2 to the Declaration of Mark Spiteri (D.I. 51);

C. Post-judgment interest at the rate of 0.015% per day from the date of this judgment, through the date this judgment is fully satisfied.

Dated:

_____
CHIEF UNITED STATES DISTRICT JUDGE

2